BEFORE THE FIRST DIVISION, JUNE 19, 1939

**No. 41677.**—Petition 5772–R of National Silk Spinning Co., Inc. (Boston).

Opinion by McCLELLAND, P. J.   It was found that the evidence offered did not show that the slightest effort was made to ascertain whether the entered values were equal to the dutiable values.   On the record presented the petition was denied.   *Lowe* v. *United States* (15 Ct. Cust. Appls. 418, T. D. 42590) cited. Brown, J., dissented.

**No. 41678.**—Protest 966411–G of M. Pressner & Co. (New York).

. Opinion by SULLIVAN, J.   The article in question consists of a shell with eyes and horns affixed thereto and on the lower side a mechanism composed of a lead reel or roller, a string, and a rubber band, by means of which the article moves forward a short distance on a flat surface.   There was testimony that it is used as a souvenir on a whatnot shelf but it was held that would not prevent its use by a child as a plaything.   On the record presented the protest was overruled.

**No. 41679.**—Protest 948588–G of L. Oppleman, Inc. (New York).

Opinion by SULLIVAN, J.   The sample is contained in a cardboard box labeled "Opplem Telescope."   When closed it is a little under two inches in length and extends to about three inches.   From the evidence it was found that the article is not chiefly used for the amusement of children.   As telescopes are *eo nomine* covered by paragraph 228 (b) without regard to their practicability the claim at 45 percent was sustained.

BEFORE THE SECOND DIVISION, JUNE 19, 1939

**No. 41680.**—Protests 517316–G, etc., of Dayan Bros. et al. (New York).

Opinion by TILSON, J.   From the record it was found that the merchandise consists of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41681.**—Protests 355171–G, etc., of Richard Shipping Corp. (New York).

Opinion by TILSON, J.   From the record it was found that the merchandise consists of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim at 75 percent under paragraph 1430 was therefore sustained.